## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: : | |
| TRACY L. THOMAS : | **Bk. No. 09-20662 JKF** |
| A/K/A TRACY L. DAUK : | |
| A/K/A TRACY L. CARDIELLO : | **Chapter No. 13** |
| CHARLES D. THOMAS : | |
| **Debtors** : | Related to Docket No. 88 |

IN RE:                                                    :
TRACY L. THOMAS                                          :     **Bk. No.  09-20662 JKF**
A/K/A TRACY L. DAUK                                      :
A/K/A TRACY L. CARDIELLO                                 :     **Chapter No.  13**
CHARLES D. THOMAS                                        :
      **Debtors**                                     :      Related to Docket No. 88
                                                         :
_____                             :
                                                         :
**U.S. BANK, N.A., S/B/M TO FIRSTAR BANK, N.A., F/K/A**   :
**LINCOLN SERVICE CORPORATION**                          :
      **Movant**                                     :
                                                         :
     **v.**                                       :
                                                         :
**TRACY L. THOMAS**                                      :
**A/K/A TRACY L. DAUK**                                  :
**A/K/A TRACY L. CARDIELLO**                             :
**CHARLES D. THOMAS**                                    :
**RICHARD C. CARDIELLO (Co-Mortgagor)**                  :
                                                         :
     **and**                                      :
                                                         :
**RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)**                :
      **Respondents**                                :
_____                             :

## DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This **21st** day of **April,** 2010, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is:

**ORDERED** that the above-captioned Motion is granted insofar as it requests Relief from the Automatic Stay imposed by 11 U.S.C. §362.*

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest ~~(unless they are otherwise served)~~ and file a Certificate of Service.

*(and, to the extent that relief from the co-debtor stay was requested in the motion, relief from stay is granted under §1301).

*Judith K. Fitzgerald*
JUDITH K. FITZGERALD                    cgt
U.S. Bankruptcy Judge

cc:    CHARLES D. THOMAS
       TRACY L. THOMAS A/K/A TRACY L. DAUK A/K/A TRACY L. CARDIELLO
       RICHARD C. CARDIELLO
       RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
       UNITED STATES TRUSTEE
       US BANK HOME MORTGAGE (OWENSBOROUGH, KY)
       ATTENTION:  BANKRUPTCY DEPARTMENT